PETER M. ANGULO, ESQ.
ANGULO LAW GROUP
5545 Mountain Vista St., Ste. F
Las Vegas, Nevada 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
pangulo@angulolawgroup.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LORELIE TOTANES, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION d/b/a TARGET, a foreign corporation; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive <br><br> Defendants. | Case No.  2:23-CV-01681-APG-DJA <br><br> **ORDER TO EXTEND DISCOVERY (First Request)** <br><br> <span style="color:red">As amended on page 3</span> |

Plaintiff, LORELIE TOTANES, by and through her attorneys of record, ANGULO LAW GROUP, and Defendant, TARGET CORPORATION, by and through their counsel of record, LINCOLN, GUSTAFSON & CEROS, (collectively, "the Parties") submit the following Stipulation and proposed Order pursuant to LR 26-3 hereby agreeing to a one hundred and twenty (120) day continuance of the current discovery deadline to give the parties additional time to conduct discovery.

## I.    STATEMENT OF DISCOVERY COMPLETED TO DATE

1.    The Parties participated in the Rule 26(f) conference on December 18, 2023.

2.    Plaintiff served her Initial Disclosures on December 11, 2023.

3.    Plaintiff served her Initial Disclosures (First Supplement) on December 13, 2023.

4.    On December 19, 2023 Plaintiff propounded Requests for Production of Documents to

Defendant

5.    On December 19, 2023 Plaintiff propounded Interrogatories to Defendant

6.    On January 2, 2024 Plaintiff propounded Requests for Admission to Defendant

7.    On January 30, 2024 Defendant propounded Interrogatories to Plaintiff

8.    On January 30, 2024 Defendant propounded Requests for Production of Documents to Plaintiff

9.    Defendant served its Initial Disclosures on January 30, 2024.

10.    On February 15, 2024 Defendant propounded its Responses to Plaintiff's Requests for Admissions.

11.    Defendant served its Initial Disclosures (First Supplement) on February 22, 2024.

12.    On February 22, 2024 Defendant propounded its Answers to Plaintiff's Interrogatories.

13.    On February 22, 2024 Defendant propounded its Responses to Plaintiff's Requests for Production of Documents

14.    Defendant served its Initial Disclosures (Second Supplement) on February 23, 2024.

15.    On February 27, 2024 Plaintiff propounded her Answers to Defendant's Interrogatories

16.    On February 27, 2024 Plaintiff propounded her Responses to Defendant's Request for Production of Documents.

17.    Plaintiff served her Initial Disclosures (Second Supplement) on March 6, 2024.

18.    Plaintiff served her Initial Disclosures (Third Supplement) on March 7, 2024.

19.    Plaintiff served her Initial Disclosures (Fourth Supplement) on March 7, 2024.

## II.    STATEMENT OF DISCOVERY THAT NEEDS TO BE COMPLETED

1.    Deposition of the Plaintiff

2.    Deposition of Target Corporation's Rule 30(b)(6) witness

3.    Depositions of Defendants employees:  Doyal Conner, Dean Dezmond, Dave Greger and

Kaitlyn Wathen

4.  Deposition of Plaintiff's husband

5.  Deposition of witness Raymond Villalobos

6.  Depositions of Plaintiff's treating physicians

7.  Initial expert disclosures

8.  Rebuttal expert disclosures

9.  Expert witness depositions

10. Additional written discovery

## III.    REASONS WHY DISCOVERY SHOULD BE EXTENDED

The parties are diligently engaged in discovery. Prior to December 5, 2023 jurisdiction in this matter was unclear to the parties due to the filing of a Motion to Remand. The parties are seeking a one hundred twenty (120) day continuance of the current discovery deadlines to give the parties sufficient time to conduct the discovery remaining in this matter as outlined above.

## IV.    PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

It is hereby stipulated that the discovery cutoff deadline be extended for a period of one hundred twenty (120) days. If approved, the new discovery deadline would be modified as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to amend pleadings and add parties | March 5, 2024 | July 3, 2024 |
| Last day to disclose initial experts and reports | April 4, 2024 | August 2, 2024 |
| Last day to disclose rebuttal experts and reports | May 4, 2024 | September 6, 2024 |
| Discovery cutoff | June 3, 2024 | October 1, 2024 |
| Last day to file dispositive motions | July 3, 2024 | October 31, 2024 |

| Pre-Trial Order | August 2, 2024 | December 2, 2024[2] |

DATED this 7th day of March, 2024.                    DATED this 7th day of March, 2024.

ANGULO LAW GROUP                              LINCOLN, GUSTAFSON & CERCOS, LLP


By _/s/ Peter M. Angulo_                           By _/s/ Julie Funai_
PETER M. ANGULO, ESQ.                         LOREN S. YOUNG, ESQ.
Nevada Bar No. 003672                            Nevada Bar No. 007567
5545 S. Mountain Vista Street, Suite F            JULIE FUNAI, ESQ.
Las Vegas, Nevada  89120                          Nevada Bar No. 008725
Attorneys for Plaintiff                             7670 W. Lake Mead Blvd., Suite 200
                                                 Las Vegas, Nevada  89128
                                                 Attorneys for Defendant


**<u>ORDER</u>**

IT IS SO ORDERED

DATED: March 8, 2024


_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This deadline falls on Saturday, November 30, 2024.  As a result, this deadline extends to the next court day of Monday, December 2, 2024, by operation of Fed. R. Civ. P. 6.

## Margaret Anthis

| | |
|---|---|
| **From:** | Julie Funai <JFunai@lgclawoffice.com> |
| **Sent:** | Thursday, March 7, 2024 4:01 PM |
| **To:** | Margaret Anthis |
| **Cc:** | Peter Angulo; Loren Young; Cheryl Giammona; Kimberly Glad |
| **Subject:** | RE: Totanes v. Target |

**CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

This looks fine.

**Julie Funai, Esq.**
Attorney - Nevada
**LINCOLN, GUSTAFSON & CERCOS LLP**
**Experience. Integrity. Results.**

**California    Nevada    Arizona**

| | | |
|---|---|---|
| 550 West "C" Street, Suite 1400 | 7670 W. Lake Mead Blvd., Suite 200 | 2415 E. Camelback Rd., Suite 700 |
| San Diego, California 92101 | Las Vegas, Nevada 89128 | Phoenix, Arizona 85016 |
| 619.233.1150; 619.233.6949 Fax | 702.257.1997; 702.257.2203 Fax | 602.606.5735; 602.508.6099 Fax |

*www.lgclawoffice.com*

**The information contained in the text (and attachments) of this e-mail is privileged, confidential and only intended for the addressee(s). Nothing in this email or attachments is intended as tax advice and must not be relied upon in that regard. Please consult your tax advisors. You are not authorized to forward this email or attachments to anyone without the express written consent of the sender.**

**From:** Margaret Anthis <manthis@angulolawgroup.com>
**Sent:** Thursday, March 7, 2024 1:38 PM
**To:** Julie Funai <JFunai@lgclawoffice.com>
**Cc:** Peter Angulo <pangulo@angulolawgroup.com>; Loren Young <lyoung@lgclawoffice.com>; Cheryl Giammona <CGiammona@lgclawoffice.com>; Kimberly Glad <KGlad@lgclawoffice.com>
**Subject:** RE: Totanes v. Target

Attached please find a draft Stip and Order to Extend Discovery. Please let me know if you have any changes. If you have no changes please let me know if we can use your e-signature. Thanks.

Margaret Anthis
Legal Secretary
Angulo Law Group
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
(702) 384-8000

**From:** Julie Funai <JFunai@lgclawoffice.com>
**Sent:** Thursday, March 7, 2024 11:07 AM
**To:** Margaret Anthis <manthis@angulolawgroup.com>
**Cc:** Peter Angulo <pangulo@angulolawgroup.com>; Loren Young <lyoung@lgclawoffice.com>; Cheryl Giammona