PETER M. ANGULO, ESQ.
ANGULO LAW GROUP
5545 Mountain Vista St., Ste. F
Las Vegas, Nevada 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
pangulo@angulolawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LORELIE TOTANES, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION d/b/a TARGET, a foreign corporation; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive<br><br>Defendants. | Case No. 2:23-CV-01681-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY (Second Request)** |

      Plaintiff, LORELIE TOTANES, by and through her attorneys of record, ANGULO LAW GROUP, and Defendant, TARGET CORPORATION, by and through their counsel of record, LINCOLN, GUSTAFSON & CEROS, (collectively, "the Parties") submit the following Stipulation and proposed Order pursuant to LR 26-3 hereby agreeing to a forty-five (45) day continuance of the current discovery deadline to give the parties additional time to conduct discovery.

**I.  STATEMENT OF DISCOVERY COMPLETED TO DATE**

    1.    The Parties participated in the Rule 26(f) conference on December 18, 2023.

    2.    Plaintiff served her Initial Disclosures on December 11, 2023.

    3.    Plaintiff served her Initial Disclosures (First Supplement) on December 13, 2023.

    4.    On December 19, 2023 Plaintiff propounded Requests for Production of Documents to

1

Defendant

5. On December 19, 2023 Plaintiff propounded Interrogatories to Defendant

6. On January 2, 2024 Plaintiff propounded Requests for Admission to Defendant

7. On January 30, 2024 Defendant propounded Interrogatories to Plaintiff

8. On January 30, 2024 Defendant propounded Requests for Production of Documents to Plaintiff

9. Defendant served its Initial Disclosures on January 30, 2024.

10. On February 15, 2024 Defendant propounded its Responses to Plaintiff's Requests for Admissions.

11. Defendant served its Initial Disclosures (First Supplement) on February 22, 2024.

12. On February 22, 2024 Defendant propounded its Answers to Plaintiff's Interrogatories.

13. On February 22, 2024 Defendant propounded its Responses to Plaintiff's Requests for Production of Documents

14. Defendant served its Initial Disclosures (Second Supplement) on February 23, 2024.

15. On February 27, 2024 Plaintiff propounded her Answers to Defendant's Interrogatories

16. On February 27, 2024 Plaintiff propounded her Responses to Defendant's Request for Production of Documents.

17. Plaintiff served her Initial Disclosures (Second Supplement) on March 6, 2024.

18. Plaintiff served her Initial Disclosures (Third Supplement) on March 7, 2024.

19. Plaintiff served her Initial Disclosures (Fourth Supplement) on March 7, 2024.

20. Defendant served its Initial Disclosures (Third Supplement) on March 14, 2024.

21. Defendant served its Initial Disclosures (Fourth Supplement) on May 24, 2024.

22. Plaintiff served her Initial Disclosures (Fifth Supplement) on June 13, 2024.

23. Defendant served its Initial Disclosures (Errata to Third Supplement) on July 2, 2024.

## II. STATEMENT OF DISCOVERY THAT NEEDS TO BE COMPLETED

1. Deposition of Target Corporation's Rule 30(b)(6) witness

2. Depositions of Defendants employees: Dave Greger and Kaitlyn Wathen

3. Depositions of Plaintiff's treating physicians

4. Initial expert disclosures

5. Rebuttal expert disclosures

6. Expert witness depositions

7. Additional written discovery

## III. REASONS WHY DISCOVERY SHOULD BE EXTENDED

The parties are diligently engaged in discovery. The parties are seeking a forty-five (45) day continuance of the current discovery deadlines to give the parties sufficient time to conduct the discovery remaining in this matter as outlined above.

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

It is hereby stipulated that the discovery cutoff deadline be extended for a period of forty-five (45). If approved, the new discovery deadline would be modified as follows:

| Task | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Last day to amend pleadings and add parties | March 5, 2024 | Closed |
| Last day to disclose initial experts and reports | August 2, 2024 | September 16, 2024 |
| Last day to disclose rebuttal experts and reports | September 6, 2024 | October 21, 2024 |
| Discovery cutoff | October 1, 2024 | November 15, 2024 |
| Last day to file dispositive motions | October 31, 2024 | December 16, 2024[1] |
| Pre-Trial Order | December 2, 2024 | January 16, 2025 |

---

[1] This deadline falls on Sunday, December 15, 2024. As a result, this deadline extends to the next court day of Monday, December 16, 2024, by operation of Fed. R. Civ. P. 6.

DATED this 17th day of July, 2024.

ANGULO LAW GROUP

By /s/ Peter M. Angulo
PETER M. ANGULO, ESQ.
Nevada Bar No. 003672
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada  89120
Attorneys for Plaintiff

DATED this 17th day of July, 2024.

LINCOLN, GUSTAFSON & CERCOS, LLP

By /s/ Julia Funai
LOREN S. YOUNG, ESQ.
Nevada Bar No. 007567
JULIE FUNAI, ESQ.
Nevada Bar No. 008725
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada  89128
Attorneys for Defendant

## ORDER

The parties fail to provide reasons why the deadlines were not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan. LR 26-3(c). Nonetheless, the Court finds good cause to GRANT their stipulation (ECF No. 24) and expects that future stipulations will contain all of the information required by the Federal and Local Rules.

DATED: 7/18/2024

_____
UNITED STATES MAGISTRATE JUDGE

4

## Margaret Anthis

| | |
|---|---|
| **From:** | Julie Funai <JFunai@lgclawoffice.com> |
| **Sent:** | Wednesday, July 17, 2024 4:11 PM |
| **To:** | Margaret Anthis; Kimberly Glad; Loren Young |
| **Cc:** | Peter Angulo |
| **Subject:** | RE: Totanes v. Target |

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

The Stip looks fine

**Julie Funai, Esq.**
Attorney - Nevada
**LINCOLN, GUSTAFSON & CERCOS LLP**
**Experience. Integrity. Results.**

California    Nevada    Arizona

| | | |
|---|---|---|
| 550 West "C" Street, Suite 1400 | 7670 W. Lake Mead Blvd., Suite 200 | 2415 E. Camelback Rd., Suite 700 |
| San Diego, California 92101 | Las Vegas, Nevada 89128 | Phoenix, Arizona 85016 |
| 619.233.1150; 619.233.6949 Fax | 702.257.1997; 702.257.2203 Fax | 602.606.5735; 602.508.6099 Fax |

www.lgclawoffice.com

**The information contained in the text (and attachments) of this e-mail is privileged, confidential and only intended for the addressee(s). Nothing in this email or attachments is intended as tax advice and must not be relied upon in that regard. Please consult your tax advisors. You are not authorized to forward this email or attachments to anyone without the express written consent of the sender.**

**From:** Margaret Anthis <manthis@angulolawgroup.com>
**Sent:** Wednesday, July 17, 2024 8:33 AM
**To:** Kimberly Glad <KGlad@lgclawoffice.com>; Julie Funai <JFunai@lgclawoffice.com>
**Cc:** Peter Angulo <pangulo@angulolawgroup.com>
**Subject:** RE: Totanes v. Target

Can you please let me know if we can use your e-signature on the Stip to Extend? Thanks.

Margaret Anthis
Legal Secretary
Angulo Law Group
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
(702) 384-8000

**From:** Margaret Anthis <manthis@angulolawgroup.com>
**Sent:** Tuesday, July 16, 2024 2:25 PM
**To:** Kimberly Glad <KGlad@lgclawoffice.com>; Julie Funai <JFunai@lgclawoffice.com>
**Cc:** Peter Angulo <pangulo@angulolawgroup.com>
**Subject:** FW: Totanes v. Target

1