LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
JULIE A. WHITE, ESQ.
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORELIE TOTANES, individually<br><br>Plaintiff<br><br>v.<br><br>TARGET CORPORATION d/b/a TARGET, a Foreign Corporation,<br><br>Defendant | CASE NO.: 2:23-cv-01681-~~APG~~-DJA<br>CDS<br><br>**JOINT STIPULATION AND ORDER FURTHER EXTENDING THE FILING OF THE JOINT PRETRIAL ORDER**<br><br>[ECF No. 51] |

Pursuant to L.R. 7-1, Defendant Target Corporation ("Target") and Plaintiff Lorelie Totanes ("Plaintiff") (collectively hereinafter "the Parties") hereby submit this stipulation and proposed order:

WHEREAS, on September 4, 2025, the Parties submitted a Joint Pretrial Order [ECF No. 49];

WHEREAS, on September 11, 2025, the Court filed an Order Rejecting the Proposed Joint Pretrial Order [ECF No. 50] and requested the Parties to "confer and submit a second proposed order by October 10, 2025";

WHEREAS, the Parties have scheduled a meet and confer for Wednesday, October 15, 2025 at 9:00 a.m., which is the next available date that works for all Parties;

WHEREAS, Target and the Plaintiff agree that extending the Second Proposed Joint Pretrial Order deadline a further week would be mutually beneficial to accommodate Counsel's schedules; and,

IT IS HEREBY STIPULATED AND AGREED by and between Target and the Plaintiff that the Second Joint Pretrial Order deadline is extended to October 17, 2025.

DATED: OCTOBER 10, 2025

**ANGULO LAW GROUP**

/s/ Peter M. Angulo

**PETER M. ANGULO, ESQ.**
Nevada Bar No. 003672
5545 Mountain Vista St., Suite F
Las Vegas, NV 89120
Attorneys for Plaintiff

DATED: OCTOBER 10, 2025

**LINCOLN, GUSTAFSON & CERCOS LLP**

/s/ Loren S. Young

**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant, TARGET CORPORATION

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 10, 2025