```
 1  LOREN S. YOUNG, ESQ.
    Nevada Bar No. 7567
 2  JULIE A. WHITE, ESQ.
    Nevada Bar No. 8725
 3  LINCOLN, GUSTAFSON & CERCOS, LLP
    ATTORNEYS AT LAW
 4  7670 W Lake Mead Blvd, Suite 200
    Las Vegas, Nevada 89128
 5  Telephone:  (702) 257-1997
    Facsimile:  (702) 257-2203
 6  lyoung@lgclawoffice.com
    jwhite@lgclawoffice.com
 7
    Attorneys for Defendant, TARGET CORPORATION
 8
 9
10                          UNITED STATES DISTRICT COURT
11
12                                 DISTRICT OF NEVADA
13
14  LORELIE TOTANES, individually            CASE NO.: 2:23-cv-01681-CDS-DJA
15                  Plaintiff                JOINT STIPULATION AND
                                             PROPOSED ORDER FURTHER
16  v.                                       EXTENDING THE FILING OF THE
                                             JOINT PRETRIAL ORDER
17  TARGET CORPORATION d/b/a TARGET,
    a Foreign Corporation; DOES I through X, [SECOND REQUEST]
18  and ROE CORPORATIONS XI through XX,
    inclusive,                               [ECF No. 53]
19
20                  Defendant
21
22
```

Pursuant to L.R. 7-1, Defendant Target Corporation ("Target") and Plaintiff Lorelie Totanes ("Plaintiff") (collectively hereinafter "the Parties") hereby submit this stipulation and proposed order:

WHEREAS, on September 4, 2025, the Parties submitted a Joint Pretrial Order [ECF No. 49];

WHEREAS, on September 11, 2025, the Court filed an Order Rejecting the Proposed Joint Pretrial Order [ECF No. 50] and requested the Parties to "confer and submit a second proposed order by October 10, 2025";

1  WHEREAS, the Parties have met and conferred on Wednesday, October 15, 2025 at 9:00 a.m. and October 17, 2025;

2  WHEREAS, the Parties are working together to agree on the language included in the Proposed Joint Pretrial Order and agree that extending the Second Proposed Joint Pretrial Order deadline a further week would be mutually beneficial to accommodate both Parties revisions; and,

3  IT IS HEREBY STIPULATED AND AGREED by and between Target and the Plaintiff that the Second Joint Pretrial Order deadline is extended to October 24, 2025.

DATED: OCTOBER 17, 2025

**ANGULO LAW GROUP**

/s/ Peter M. Angulo
_____
**PETER M. ANGULO, ESQ.**
Nevada Bar No. 003672
5545 Mountain Vista St., Suite F
Las Vegas, NV 89120
Attorneys for Plaintiff

DATED: OCTOBER 17, 2025

**LINCOLN, GUSTAFSON & CERCOS LLP**

/s/ Loren S. Young
_____
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant, TARGET CORPORATION

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 21, 2025