# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lorelie Totanes, | Case No.: 2:23-cv-01681-CDS-DJA |
| Plaintiff | **Order Denying Stipulation to Extend Trial Joint Pretrial Order Deadline** |
| v. | |
| Target Corporation, | [ECF No. 55] |
| Defendant | |

The parties stipulate to extend the time to file their proposed joint pretrial order. Stip., ECF No. 55. This is the parties' third request for an extension. They indicate that more time is necessary as they are "working together to agree on the language" and agree that extending the deadline would be beneficial. *Id.* at 2. But this is the same reason stated in the parties' two previous stipulations requesting an extension of time. *See* ECF Nos. 51, 53. This provides no explanation for why this continued delay is necessary. Without more information, I cannot find good cause to grant another extension. Therefore, the parties' third stipulation to extend time **[ECF No. 55] is DENIED without prejudice**.

Dated: October 27, 2025

_____
Cristina D. Silva
United States District Judge