UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Lorelie Totanes,

          Plaintiff

v.

Target Corporation,

          Defendant

Case No.: 2:23-cv-01681-CDS-DJA

**Order Granting Joint Motion for Settlement Conference and Joint Motion to Stay**

[ECF Nos. 57, 58]

     The parties jointly seek to schedule a settlement conference and move to stay all deadlines, specifically the joint pretrial order deadline, pending the outcome of the settlement conference.[1] Mot., ECF No. 57. The parties argue that, in the interest of resolution, good cause exists to stay this case to allow them the opportunity to potentially settle their claims. *Id.* at 2.

     "The purpose of a settlement conference is to facilitate a settlement or to narrow the disparity between the parties by the candid input of a neutral, disinterested judicial officer." *Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485 (D. Ariz. 2003). Here, I expect that, where the parties have requested a settlement conference, they intend to engage in good faith negotiations to settle the matter. For that reason, the parties' joint motions **[ECF Nos. 57, 58] are GRANTED**.

     This matter is referred to the magistrate judge for a settlement conference. All pending deadlines are vacated. If settlement efforts fail, the parties must submit a proposed joint pretrial order within thirty days of the completed settlement conference.

Dated: December 3, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] The parties properly filed the motion twice seeking two forms of relief. ECF No. 57; ECF No. 58. For ease of the record, I refer to the first filed only.